**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **M.M., Y.L., L.L., A.L.F., and L.P.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:25-cv-986-JDK** |
| **ANGEL'S HAND MASSAGE, LLC.,** | § | |
| **and RANDALL SMITH and MERY** | § | |
| **LIJERON FLORES, Individually,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

---

**NOTICE OF SETTLEMENT**
**AND AGREED MOTION FOR ENTRY OF AGREED JUDGMENT**

---

On January 13, 2026, Plaintiffs M.M., Y.L., L.L., A.L.F. and L.P and Defendants Angel's Hand Massage, LLC, Randall Smith, and Mery Lijeron Flores reached an agreement to settle the claims asserted in this action.

The parties' agreement includes an agreement for the Court to enter an Agreed Judgment in favor of the five Plaintiffs.

Plaintiffs M.M., Y.L., L.L., A.L.F. and L.P and Defendants Angel's Hand Massage, LLC, Randall Smith, and Mery Lijeron Flores therefore move the Court to enter the attached Agreed Judgment which enters a Judgment in favor of Plaintiffs M.M., Y.L., L.L., A.L.F. and L.P. and Plaintiff's attorneys Tremain Artaza, PLLC against Defendants Angel's Hand Massage, LLC, Randall Smith, and Mery Lijeron Flores, jointly and severally, in the total amount of $25,000.00 as follows:

$5,000.00 in favor of Plaintiff M.M. and Tremain Artaza, PLLC

$5,000.00 in favor of Plaintiff Y.L. and Tremain Artaza, PLLC

$5,000.00 in favor of Plaintiff L.L. and Tremain Artaza, PLLC

$5,000.00 in favor of Plaintiff A.L.F. and Tremain Artaza, PLLC

$5,000.00 in favor of Plaintiff L.P. and Tremain Artaza, PLLC


Date: January 16, 2026                          Respectfully submitted,

                                                **TREMAIN ARTAZA PLLC**

                                                /s/ *Christine Hopkins*
                                                Christine Hopkins
                                                Texas State Bar No. 24095786
                                                christine@tremainartaza.com  Carmen
                                                Artaza
                                                Texas State Bar No. 24055114
                                                carmen@tremainartaza.com  6060
                                                North Central Expwy, Ste. 567
                                                Dallas, TX 75206
                                                Direct: (469) 573-0297
                                                Fax: (214) 254-4941

                                                **COUNSEL FOR PLAINTIFF**


DATED: January 16, 2026                         Respectfully submitted,


                                                By:/s/  *Jennifer N. Hinds*
                                                Jennifer N. Hinds
                                                Attorney-In-Charge
                                                Texas Bar No. 24120441
                                                **HINDS LAW, LLC**
                                                200 S Barrington Avenue #491612
                                                Los Angeles, CA 90049
                                                Tel: (310) 405-5209
                                                Email: jhinds@hindslaw.llc


                                                and

By: */s/* John B. Diefenbach
John B. Diefenbach
Texas Bar No. 24117185
The Diefenbach Group
539 W. Commerce Street, Suite 205
Dallas, TX 75208
Tel.: (469) 284-0860
Email: jbd@diefenbachgroup.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I electronically filed this document on January 16, 2026 in a manner that will give automatic notice to all Defendants through their counsel of record.

/s/ *Christine Hopkins*
Christine Hopkins