# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| M.M., Y.L., L.L., A.L.F., and L.P. | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:25-cv-986-JDK |
| ANGEL'S HAND MASSAGE, LLC., and | § | |
| RANDALL SMITH and MERY | § | |
| LIJERON FLORES, Individually, | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## [PROPOSED] AGREED JUDGMENT

The Court, having duly considered the parties' Agreed Motion for Entry of an Agreed Judgment grants the Motion and instructs the Court Clerk to enter an Abstract of Judgment Plaintiffs M.M., Y.L., L.L., A.L.F. and L.P. and Plaintiff's attorneys Tremain Artaza, PLLC against Defendants Angel's Hand Massage, LLC, Randall Smith, and Mery Lijeron Flores, jointly and severally, in the total amount of $25,000.00 as follows:

$5,000.00 in favor of Plaintiff M.M. and Tremain Artaza, PLLC

$5,000.00 in favor of Plaintiff Y.L. and Tremain Artaza, PLLC

$5,000.00 in favor of Plaintiff L.L. and Tremain Artaza, PLLC

$5,000.00 in favor of Plaintiff A.L.F. and Tremain Artaza, PLLC

$5,000.00 in favor of Plaintiff L.P. and Tremain Artaza, PLLC

This is a final order that shall close this case.

IT IS SO ORDERED.

Agreed Judgment                                                                Page 2