**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| M.M., Y.L., L.L., A.L.F., and L.P., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-986-JDK-KNM |
| | § | |
| ANGEL'S HAND MASSAGE, LLC, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' unopposed motion to reconsider order of dismissal. Docket No. 28. Upon consideration, the Court **GRANTS** the motion. The Court hereby vacates the order of dismissal (Docket No. 28) and enters the parties' agreed judgment (Docket No. 27-1) pursuant to the terms of the parties' settlement agreement.

So **ORDERED** and **SIGNED** this **26th** day of **January, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE